

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 17 2004

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

MICHAEL N. MILBY, Clerk
P.O. Drawer 2300
Galveston, TX 77553
(409) 766-3530

September 15, 2004

4:04CV00982 WRW

James W. McCormack, Clerk
600 West Capitol Avenue, Suite 402
Little Rock, Arkansas 72201-3325

RE: Civil Action G-03-926; Brenda Caldwell, et al v. Wyeth Pharmaceuticals, Inc., et al
MDL No. 1507- In re Prempro Products Liability Litigation

Dear Sir:

Enclosed is a certified copy of an order entered _September 14, 2004_ transferring the above case to your office.

We are transmitting the entire original case file along with a certified copy of the docket sheet

Sincerely,

MICHAEL N. MILBY, Clerk

BY:   _Mamie Bergara_
      Deputy Clerk